UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOC CHI DUONG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Defendant(s). | Case No. 22-cv-07199-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

　　　　This civil action by a former prisoner was filed in the Eastern District of California on November 2, 2022 and transferred to this court on November 7, 2022.  On November 16, 2022, the court notified plaintiff in writing that the action was deficient because plaintiff did not pay the requisite $402.00 filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application under 28 U.S.C. § 1915.  Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

　　　　More than 28 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so.  The action accordingly is DISMISSED without prejudice.

　　　　The clerk is instructed to close the file.

　　　　**IT IS SO ORDERED**.

Dated: January 3, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　CHARLES R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge